UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST et al., <br><br> Plaintiffs, <br><br> v. <br><br> YOUNG'S GLASS CO. LLC., a Washington limited liability company; MICHAEL PATRICK YOUNG, an individual; IRONSHORE INDEMNITY INC., a Minnesota corporation; RED CANOE CREDIT UNION, a Washington credit union, <br><br> Defendants, <br><br> and <br><br> SUNRISE GLASS, INC., <br><br> Garnishee Defendant. | CASE NO. 2:25-mc-00002-JHC <br><br> ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT |

This matter comes before the Court on Plaintiffs' Application for Writ of Garnishment for Continuing Lien on Earnings. Dkt. # 1. Because the application does not include an answer form, the Court DENIES the application without prejudice.

ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT - 1

"An answer form as prescribed in RCW 6.27.190" must be served together with a writ of garnishment. RCW 6.27.110(1)(a). The proposed writ instructs Garnishee "to answer this writ according to the instructions in this writ and in the answer forms" and to return the forms within 20 days. Dkt. # 1-2 at 3. But no answer form is attached to Plaintiffs' application. Thus, the Court denies without prejudice Plaintiffs' application for writ of garnishment. *See Mooney v. Roller Bearing Co. of Am., Inc.*, 2024 WL 216568, at *1 (W.D. Wash. Jan. 19, 2024) (denying without prejudice application for writ of garnishment because the application did not include an answer form). The Court denies Plaintiffs' application on this ground alone and does not assess the application for other possible shortcomings. *Id.*

Plaintiffs may file an amended application by January 22, 2025. If the Court does not receive an amended application by that date, it will direct the Clerk to close this matter.

Dated this 15th day of January, 2025.

*John H. Chun*
John H. Chun
United States District Judge